ACCEPTED
12-14-00339-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/13/2015 5:02:03 PM
CATHY LUSK
CLERK

# Dean Watts

## Attorney at Law

120 East Pilar Street
Nacogdoches, Texas 75961

(936) 559-9288
Fax (936) 559-0959

Board Certified, Criminal Law
Texas Board of Legal Specialization

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/13/2015 3:02:03 PM
CATHY S. LUSK
Clerk

March 13, 2015

Cathy S. Lusk
12th Court of Appeals
1517 West Front Street, Suite 354
Tyler, Texas 75702

RE: James Patrick Capps vs. The State of Texas: Cause No. 12-14-00339-CR

Dear Ms. Lusk,

Please accept this letter as compliance with Tex.R.App.P.48.4 with the above referenced case. The judgment of the court and a letter outlining the Appellant's right to file a pro se petition for discretionary review has been sent the Appellant at his last known address as evidenced by the certified mail receipt is below.

Please contact me if you have any questions regarding this matter.

Best regards,

Dean Watts
Attorney at Law

cc: Nicole Lostracco, Nacogdoches County District Attorney